

New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2012 | 217878 |

| Bill To | Ship To |
|---|---|
| ST. THOMAS OUTPATIENT NEUROSURGIACL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: MARLESE ALLEN | ST. THOMAS OUTPATIENT NEUROSURGIACL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: DEBRA SCHAMBURG |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|---|---|---|---|---|---|---|
| SC-6-1-12 | Net 30 | MG-S | 6/6/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10 | BETA 6/2 PF | BETAMETHASONE repository inj. (pf) 6mg/ml, 2 ml | 18.00 | 180.00 |
| 500 | METHYL 80/1 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 1 ML | 6.50 | 3,250.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

!!!THANK YOU FOR YOUR ORDER!!!
***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| | |
|---|---|
| Total | $3,450.00 |
| Credits | $0.00 |
| Balance Due | $3,450.00 |

STOPNC_0033



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2012 | 220185 |

| Bill To | Ship To |
|---|---|
| ST. THOMAS OUTPATIENT NEUROSURGIACL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: MARLESE ALLEN | ST. THOMAS OUTPATIENT NEUROSURGIACL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: DEBRA SCHAMBURG |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|---|---|---|---|---|---|---|
| SC-6-26-12 | Net 30 | MG-S | 6/26/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10 | BETA 6/2 PF | BETAMETHASONE repository inj. (pf) 6mg/ml, 2 ml | 18.00 | 180.00 |
| 500 | METHYL 80/1 PF | METHYLPREDNISOLONE ACETATE (PF)  80 MG/ML INJECTABLE, 1 ML | 6.50 | 3,250.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

7/3/12
ds

!!!THANK YOU FOR YOUR ORDER!!!
***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| Total | $3,450.00 |
|---|---|
| Credits | $0.00 |
| **Balance Due** | $3,450.00 |

STOPNC_0030



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|---|---|
| 7/25/2012 | 223401 |

| Bill To |
|---|
| ST. THOMAS OUTPATIENT NEUROSURGIACL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: MARLESE ALLEN |

| Ship To |
|---|
| ST. THOMAS OUTPATIENT NEUROSURGIACL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: DEBRA SCHAMBURG |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|---|---|---|---|---|---|---|
| SC 7-24-12 | Net 30 | MG-S | 7/25/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10 | BETA 6/2 PF | BETAMETHASONE repository inj. (pf) 6mg/ml, 2 ml | 18.00 | 180.00 |
| 500 | METHYL 80/1 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 1 ML | 6.50 | 3,250.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

ds
7/27/12

!!!THANK YOU FOR YOUR ORDER!!!
***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| | |
|---|---|
| **Total** | $3,450.00 |
| **Credits** | $0.00 |
| **Balance Due** | $3,450.00 |

STOPNC_0027



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|---|---|
| 8/13/2012 | 225489 |

| Bill To |
|---|
| ST. THOMAS OUTPATIENT NEUROSURGICAL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: MARLESE ALLEN |

| Ship To |
|---|
| ST. THOMAS OUTPATIENT NEUROSURGICAL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: DEBRA SCHAMBURG |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|---|---|---|---|---|---|---|
| SC 8-10-12 | Net 30 | MG-S | 8/13/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 500 | METHYL 80/1 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 1 ML | 6.50 | 3,250.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

8-14-12

8-17-12
ds

!!!THANK YOU FOR YOUR ORDER!!!
***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| | |
|---|---|
| **Total** | $3,270.00 |
| **Credits** | $0.00 |
| **Balance Due** | $3,270.00 |

STOPNC_0025



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2012 | 227817 |

| Bill To |
|---|
| ST. THOMAS OUTPATIENT NEUROSURGICAL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: MARLESE ALLEN |

| Ship To |
|---|
| ST. THOMAS OUTPATIENT NEUROSURGICAL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: DEBRA SCHAMBURG |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|---|---|---|---|---|---|---|
| SC 8-31-12 | Net 30 | MG-S | 8/31/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 500 | METHYL 80/1 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 1 ML | 6.50 | 3,250.00 |
| 10 | BETA 6/2 PF | BETAMETHASONE repository inj. (pf) 6mg/ml, 2 ml | 18.00 | 180.00 |

9-6-12
ds

!!!THANK YOU FOR YOUR ORDER!!!
***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| | |
|---|---|
| Total | $3,430.00 |
| Credits | $0.00 |
| **Balance Due** | $3,430.00 |

STOPNC_0020